**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1155**

SIDNEY B. HARR,

        Plaintiff - Appellant,

    v.

WRAL-5 NEWS; JAMES F. GOODMON,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:20-cv-00362-M)

Submitted: July 20, 2021                        Decided: July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sidney B. Harr, Appellant Pro Se. Carolyn Amanda Martin, STEVENS MARTIN VAUGHN & TADYCH, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney B. Harr appeals the district court's order granting Defendants' motion to dismiss Harr's complaint alleging federal civil rights violations and state libel and defamation claims.[*] We have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harr v. WRAL-5 News*, No. 5:20-cv-00362-M (W.D.N.C. Jan. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed Harr's complaint without prejudice to allow Harr to refile if he believed his claims could be restated, Harr's appeal to this court amounts to a waiver of his right to amend, thereby providing the court with jurisdiction over the appeal. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 612 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 1376 (2021).